1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00540 - LJO - JLT<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

John Frederick Wheeler ("Plaintiff") seeks to proceed with a civil action against the United States. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis ("IFP") is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff commenced this action by filing his complaint on April 12, 2012. (Doc. 1). However, Plaintiff failed to pay the requisite filing fee or to file a motion to proceed IFP, and the matter cannot proceed before the Court at this time.

///

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. In the alternative, Plaintiff **SHALL** file a motion to proceed in forma pauperis within 21 days of service.
3. <u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated:   **April 19, 2012**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE